UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RYAN J. COLLINS, and HANNAH SLAUGHTER, on behalf of themselves and all others similarly situated,

Plaintiffs

v.

3:23-cv-343-RGJ

BRIGHTSPRING HEALTH SERVICES, INC., et al.

Defendants

\* \* \* \* \*

## ORDER

The Court, sua sponte, directs Plaintiffs to **SHOW CAUSE** why this action should not be consolidated with *Lurry v. PharMerica Corporation*, No. 3:23-cv-00297-RGJ by no later than July 26, 2023. *See* Fed. R. Civ. P. 42(a) (permitting the Court to consolidate actions "involv[ing] a common question of law or fact").

Rebecca Grady Jennings, District Judge
United States District Court

July 19, 2023

cc:   Counsel of Record